No. 84–1974. ROSE, WARDEN *v.* CLARK. C. A. 6th Cir. [Certiorari granted, *ante*, p. 816.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 84–1979. MERITOR SAVINGS BANK, FSB *v.* VINSON ET AL. C. A. D. C. Cir. [Certiorari granted *sub nom. PSFS Savings Bank* v. *Vinson, ante*, p. 815.] Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted.

No. 84–1999. LOCAL NUMBER 93, INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, AFL–CIO, C. L. C. *v.* CITY OF CLEVELAND ET AL. C. A. 6th Cir. [Certiorari granted, *ante*, p. 816.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of respondent Vanguards of Cleveland for divided argument granted. Motion of respondents City of Cleveland et al. for divided argument granted.

No. 85–5. PENNSYLVANIA ET AL. *v.* DELAWARE VALLEY CITIZENS' COUNCIL FOR CLEAN AIR ET AL. C. A. 3d Cir. [Certiorari granted, *ante*, p. 815.] Motion of the Solicitor General for divided argument granted.

No. 85–62. MAINE *v.* TAYLOR ET AL. C. A. 1st Cir. [Probable jurisdiction postponed, *ante*, p. 943.] Motion of the Solicitor General for divided argument granted.

No. 85–88. PAULUSSEN *v.* HERION. Super. Ct. Pa. [Probable jurisdiction noted, *ante*, p. 899.] Motion of Children's Defense Fund et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 85–198. CELOTEX CORP. *v.* CATRETT, ADMINISTRATRIX OF THE ESTATE OF CATRETT. C. A. D. C. Cir. [Certiorari granted, *ante*, p. 944.] Motion of Motor Vehicle Manufacturers Association of the United States, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 85–227. SMALIS ET AL. *v.* PENNSYLVANIA. Sup. Ct. Pa. [Certiorari granted, *ante*, p. 944.] Motion of petitioners to dispense with printing the joint appendix granted.